WENDY M. KRINCEK, ESQ., Bar #6417
KAITLYN M. BURKE, ESQ., Bar #13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
e-mail: wkrincek@littler.com
e-mail: kmburke@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYSAWN BROWN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES, INC.,<br><br>　　　Defendant. | Case No. 2:17-cv-03072-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff RAYSAWN BROWN ("Plaintiff") and Defendant SUTHERLAND GLOBAL SERVICES, INC. ("Defendant"), by and through their respective counsel of record, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for January 11, 2018, until January 25, 2018. This is the first stipulation for an extension of time to file the first responsive pleading.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This request is made in good faith and not to cause unnecessary delay as Defense Counsel has recently been retained and needs sufficient time to prepare the responsive pleading.

Dated: January 11, 2018.                                   Dated: January 11, 2018.

Respectfully submitted,                                    Respectfully submitted,


*/s/ David Olshan, Esq.*                                   */s/ Kaitlyn M. Burke, Esq.*
**NEVADA LEGAL SERVICES, INC.**                            **LITTLER MENDELSON, P.C.**
DAVID OLSHAN, ESQ.                                         WENDY M. KRINCEK, ESQ.
CHRISTENA GEORGAS-BURNS, ESQ.                              KAITLYN M. BURKE, ESQ.

Attorneys for Plaintiff                                    Attorneys for Defendant
RAYSAWN BROWN                                              SUTHERLAND GLOBAL SERVICES, INC.


**IT IS SO ORDERED.**

Dated this 17th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:152232782.1 061963.1010

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800