WENDY M. KRINCEK, ESQ., Bar #6417
KAITLYN M. BURKE, ESQ., Bar #13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
e-mail: wkrincek@littler.com
e-mail: kmburke@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYSAWN BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES, INC.,<br><br>    Defendant. | Case No. 2:17-cv-03072-GMN-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION** |

Pursuant to the Court's Order (ECF No. 12), an Early Neutral Evaluation Session in this matter has been scheduled for March 27, 2018 at 9:00 a.m., with written evaluation statements due on March 20, 2018. Accordingly, the parties, by and through their respective counsel of record, do hereby stipulate and agree to reschedule the Early Neutral Evaluation Session in this matter, as well as the applicable deadline for submission of the written evaluation statements. The parties propose the following new date March 23, 2018 at 9:00 a.m. for the Early Neutral Evaluation Session and March 16, 2018, a week prior to the new date for the submission of the written evaluation statements.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This request to reschedule the Early Neutral Evaluation Session is the first such request made by the parties. The request is made in good faith and not for the purpose of delay.

Dated: January 29, 2018.                                Dated: January 29, 2018.

Respectfully submitted,                                 Respectfully submitted,

*/s/ David Olshan, Esq.*                                */s/ Kaitlyn M. Burke, Esq.*
**NEVADA LEGAL SERVICES, INC.**                         **LITTLER MENDELSON, P.C.**
DAVID OLSHAN, ESQ.                                      WENDY M. KRINCEK, ESQ.
CHRISTENA GEORGAS-BURNS, ESQ.                           KAITLYN M. BURKE, ESQ.

Attorneys for Plaintiff                                 Attorneys for Defendant
RAYSAWN BROWN                                           SUTHERLAND GLOBAL SERVICES, INC.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:152503744.1 061963.1010

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800