WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kmburke@littler.com

Attorneys for Defendant
SUTHERLAND GLOBAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYSAWN BROWN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SUTHERLAND GLOBAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 2:17-cv-03072-GMN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　　Defendant, SUTHERLAND GLOBAL SERVICES, INC. (hereinafter "Defendant"), and Plaintiff, RAYSAWN BROWN ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: April 23, 2018                                    Dated: April 23, 2018

Respectfully submitted,                                  Respectfully submitted,

*/s/ David Olshan, Esq.*                                 */s/ Kaitlyn M. Burke, Esq.*
**NEVADA LEGAL SERVICES, INC.**                          **LITTLER MENDELSON, P.C.**
DAVID OLSHAN, ESQ.                                       WENDY M. KRINCEK, ESQ.
CHRISTENA GEORGAS-BURNS, ESQ.                            KAITLYN M. BURKE, ESQ.

Attorneys for Plaintiff                                  Attorneys for Defendant
RAYSAWN BROWN                                            SUTHERLAND GLOBAL SERVICES, INC.

**IT IS SO ORDERED.**

DATED this __1__ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:153603916.1 061963.1010

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.